**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:20-cr-00130-VCF |
| NATALIE DECARVALHO, | **MINUTE ORDER** |
| Defendant. | |

Defendant has consented to proceed before the undersigned magistrate judge.  (ECF No. 18).

Accordingly, the jury trial scheduled for August 24, 2020, is VACATED.  Counsel need not appear at the Master Trial Calendar Scheduling Conference set for August 3, 2020.

DATED this 31st day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE