**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATALIE NOELLE DECARVALHO,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00130-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that:

1. The Information (ECF No. 9) and Complaint (ECF No. 1) in this matter shall be dismissed with prejudice.

2. Given this dismissal with prejudice, the hearing currently scheduled for February 25, 2021 shall be vacated.

DATED this  22  day of February, 2021.

_____
Honorable Cam Ferenbach
United States Magistrate Judge